**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| RICHARD J. PALAGALLO | Case No.:19-24923 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour | Document No.: |
| Chapter 13 Trustee, | |
| Movant | |
| vs. | |
| No Respondents. | |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/31/2019 and confirmed on 2/11/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 119,774.61 |
| Less Refunds to Debtor | 1,630.78 | |
| TOTAL AMOUNT OF PLAN FUND | | 118,143.83 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,400.00 | |
| Trustee Fee | 6,064.51 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,464.51 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA | 0.00 | 58,001.29 | 0.00 | 58,001.29 |
| Acct: 8804 | | | | |
| TOYOTA MOTOR CREDIT CORPORATION | 24,807.99 | 24,807.99 | 0.00 | 24,807.99 |
| Acct: 6688 | | | | |
| | | | | 82,809.28 |
| **Priority** | | | | |
| CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RICHARD J. PALAGALLO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RICHARD J. PALAGALLO | 914.31 | 914.31 | 0.00 | 0.00 |
| Acct: | | | | |
| RICHARD J. PALAGALLO | 716.47 | 716.47 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG PC | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| BANK OF AMERICA NA** | 9,537.91 | 4,015.09 | 0.00 | 4,015.09 |
| Acct: 8556 | | | | |
| JPMORGAN CHASE BANK | 5,394.28 | 2,270.79 | 0.00 | 2,270.79 |
| Acct: 0936 | | | | |
| JPMORGAN CHASE BANK | 3,545.11 | 1,492.35 | 0.00 | 1,492.35 |
| Acct: 5691 | | | | |
| LVNV FUNDING LLC | 5,604.89 | 2,359.44 | 0.00 | 2,359.44 |
| Acct: 7232 | | | | |
| FREEDOM PLUS | 12,226.76 | 5,147.00 | 0.00 | 5,147.00 |
| Acct: 8945 | | | | |
| PNC BANK NA | 6,420.30 | 2,702.70 | 0.00 | 2,702.70 |
| Acct: 4157 | | | | |
| PNC BANK NA | 3,622.26 | 1,524.83 | 0.00 | 1,524.83 |
| Acct: 7578 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 598.81 | 252.08 | 0.00 | 252.08 |

19-24923                                                                                               Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3181 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 9,583.91 | 4,034.46 | 0.00 | 4,034.46 |
| Acct: 3935 | | | | |
| WELLS FARGO BANK NA | 4,768.18 | 2,007.22 | 0.00 | 2,007.22 |
| Acct: 5705 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 92.37 | 38.88 | 0.00 | 38.88 |
| Acct: 0001 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 59.85 | 25.20 | 0.00 | 25.20 |
| Acct: 7118 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 25,870.04 |

| TOTAL PAID TO CREDITORS | | | | 108,679.32 |
|---|---|---|---|---:|

TOTAL CLAIMED
PRIORITY            0.00
SECURED        24,807.99
UNSECURED      61,454.63

Date: 02/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RICHARD J. PALAGALLO

　　　　Debtor(s)

Ronda J. Winnecour
　　　　Movant
　　　vs.
No Repondents.

Case No.:19-24923

Chapter 13

Document No.:

ORDER OF COURT

　AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Richard J. Palagallo  
    Debtor

Case No. 19-24923-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Mar 03, 2025      Form ID: pdf900      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard J. Palagallo, 947 Stanton Avenue Ext., Pittsburgh, PA 15209-2424 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 04 2025 01:40:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2025 03:05:45 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2025 03:05:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15177146 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 04 2025 01:40:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15177147 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 04 2025 01:40:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15201743 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 04 2025 01:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15177148 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 04 2025 03:05:21 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15177150 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 04 2025 03:05:21 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15177152 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2025 03:28:40 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15177153 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2025 03:28:52 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15213067 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 04 2025 01:41:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15177154 | | Email/Text: bk@freedomfinancialnetwork.com | Mar 04 2025 01:40:00 | Freedom Financial, 1875 South Grant Street, San Mateo, CA 94402 |
| 15177155 | | Email/Text: bk@freedomfinancialnetwork.com | Mar 04 2025 01:40:00 | Freedom Plus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |
| 15206535 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 04 2025 01:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15187416 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 04 2025 01:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

Case 19-24923-CMB   Doc 52   Filed 03/05/25   Entered 03/06/25 00:35:00   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2025 | Form ID: pdf900 | Total Noticed: 38 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15209897 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2025 03:16:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15195710 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 04 2025 01:40:00 | PNC BANK, N.A., Bankruptcy Department, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 15177160 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 04 2025 01:40:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15177157 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 04 2025 01:40:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15177156 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 04 2025 01:40:00 | PNC Bank, Po Box 8703, Dayton, OH 45401 |
| 15200083 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 04 2025 01:40:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15177159 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 04 2025 01:40:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 15177161 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 04 2025 01:40:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15505094 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2025 03:17:59 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15177162 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 04 2025 06:13:14 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15177163 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 04 2025 03:28:52 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15210609 | ^ | MEBN | Mar 04 2025 01:07:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15177164 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 04 2025 03:28:53 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15178028 | ^ | MEBN | Mar 04 2025 01:07:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15177165 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 04 2025 03:49:29 | Synchrony Bank/BP, Po Box 965024, Orlando, FL 32896-5024 |
| 15177167 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 04 2025 01:40:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15177166 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 04 2025 01:40:00 | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 15190582 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 04 2025 01:40:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15208409 | | Email/PDF: ebn_ais@aisinfo.com | Mar 04 2025 03:17:46 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15177168 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 04 2025 03:16:58 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 15208227 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 04 2025 05:10:58 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15177169 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 04 2025 05:10:58 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 37

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Mortgage, A Division Of Pnc Bank, National Ass |
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15177149 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15177151 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15188193 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15177158 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2025   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor PNC Bank N.A. blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor PNC Mortgage A Division Of Pnc Bank, National Association brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Christopher M. Frye | on behalf of Debtor Richard J. Palagallo chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor PNC Mortgage A Division Of Pnc Bank, National Association pawb@fedphe.com |

TOTAL: 8