**Information to identify the case:**

| Debtor 1 | Richard J. Palagallo | Social Security number or ITIN  xxx–xx–1166 |
|---|---|---|
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ EIN  __–_____ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   19–24923–CMB

## Order of Discharge                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Richard J. Palagallo

4/17/25                                                   **By the court:** Carlota M Bohm
                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-24923-CMB
Richard J. Palagallo     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Apr 17, 2025     Form ID: 3180W     Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard J. Palagallo, 947 Stanton Avenue Ext., Pittsburgh, PA 15209-2424 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 18 2025 05:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 18 2025 05:51:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2025 02:17:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| cr | + | EDI: PRA.COM | Apr 18 2025 05:51:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Apr 18 2025 05:51:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15177146 | + | EDI: BANKAMER | Apr 18 2025 05:51:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15177147 | + | EDI: BANKAMER | Apr 18 2025 05:51:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15201743 | + | EDI: BANKAMER2 | Apr 18 2025 05:51:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15177148 | + | EDI: JPMORGANCHASE | Apr 18 2025 05:51:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15177150 | + | EDI: JPMORGANCHASE | Apr 18 2025 05:51:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15177152 | + | EDI: CITICORP | Apr 18 2025 05:51:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15177153 | + | EDI: CITICORP | Apr 18 2025 05:51:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15213067 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 18 2025 02:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15177154 | | Email/Text: bk@freedomfinancialnetwork.com | Apr 18 2025 02:17:00 | Freedom Financial, 1875 South Grant Street, San Mateo, CA 94402 |

Case 19-24923-CMB   Doc 58   Filed 04/19/25   Entered 04/20/25 00:27:22   Desc Imaged
                             Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: 3180W | Total Noticed: 40 |

| Recip ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15177155 | | Email/Text: bk@freedomfinancialnetwork.com Apr 18 2025 02:17:00 | | Freedom Plus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |
| 15206535 | | EDI: JEFFERSONCAP.COM Apr 18 2025 05:51:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15187416 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com Apr 18 2025 02:17:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15209897 | | Email/PDF: resurgentbknotifications@resurgent.com Apr 18 2025 02:22:33 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15195710 | | Email/Text: Bankruptcy.Notices@pnc.com Apr 18 2025 02:17:00 | | PNC BANK, N.A., Bankruptcy Department, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 15177160 | | Email/Text: Bankruptcy.Notices@pnc.com Apr 18 2025 02:17:00 | | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15177157 | | Email/Text: Bankruptcy.Notices@pnc.com Apr 18 2025 02:17:00 | | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15177156 | | Email/Text: Bankruptcy.Notices@pnc.com Apr 18 2025 02:17:00 | | PNC Bank, Po Box 8703, Dayton, OH 45401 |
| 15200083 | | Email/Text: Bankruptcy.Notices@pnc.com Apr 18 2025 02:17:00 | | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15177159 | | Email/Text: Bankruptcy.Notices@pnc.com Apr 18 2025 02:17:00 | | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 15177161 | | Email/Text: Bankruptcy.Notices@pnc.com Apr 18 2025 02:17:00 | | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15505094 | | EDI: PRA.COM Apr 18 2025 05:51:00 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15177162 | + | EDI: SYNC Apr 18 2025 05:51:00 | | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15177163 | + | EDI: SYNC Apr 18 2025 05:51:00 | | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15210609 | ^ | MEBN Apr 18 2025 02:05:15 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15177164 | + | EDI: SYNC Apr 18 2025 05:51:00 | | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15178028 | ^ | MEBN Apr 18 2025 02:05:16 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15177165 | + | EDI: SYNC Apr 18 2025 05:51:00 | | Synchrony Bank/BP, Po Box 965024, Orlando, FL 32896-5024 |
| 15177167 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com Apr 18 2025 02:18:00 | | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15177166 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com Apr 18 2025 02:18:00 | | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 15190582 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com Apr 18 2025 02:17:00 | | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15208409 | | EDI: AIS.COM Apr 18 2025 05:51:00 | | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15177168 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com Apr 18 2025 02:23:00 | | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 15208227 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com Apr 18 2025 02:23:00 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15177169 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com Apr 18 2025 02:22:52 | | Wells Fargo Jewelry Advantage, Attn: |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 4 |
| Date Rcvd: Apr 17, 2025 | Form ID: 3180W | Total Noticed: 40 |

Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Mortgage, A Division Of Pnc Bank, National Ass |
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15177149 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15177151 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15188193 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15177158 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor PNC Mortgage  A Division Of Pnc Bank, National Association brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Christopher M. Frye | on behalf of Debtor Richard J. Palagallo chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor PNC Bank  N.A. dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor PNC Mortgage  A Division Of Pnc Bank, National Association pawb@fedphe.com |

District/off: 0315-2 User: auto Page 4 of 4
Date Rcvd: Apr 17, 2025 Form ID: 3180W Total Noticed: 40
TOTAL: 8