IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RICHARD J. PALAGALLO

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-24923

Chapter 13

Document No.: 48

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __17th__ day of __April__, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
4/17/25 12:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE   **dmr**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24923-CMB |
| Richard J. Palagallo | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 17, 2025 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard J. Palagallo, 947 Stanton Avenue Ext., Pittsburgh, PA 15209-2424 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2025 02:17:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2025 02:22:55 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2025 02:22:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15177146 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 18 2025 02:17:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15177147 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 18 2025 02:17:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15201743 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 18 2025 02:18:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15177148 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 18 2025 02:22:30 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15177150 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 18 2025 02:35:05 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15177152 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2025 02:23:36 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15177153 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2025 02:24:07 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15213067 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 18 2025 02:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15177154 | | Email/Text: bk@freedomfinancialnetwork.com | Apr 18 2025 02:17:00 | Freedom Financial, 1875 South Grant Street, San Mateo, CA 94402 |
| 15177155 | | Email/Text: bk@freedomfinancialnetwork.com | Apr 18 2025 02:17:00 | Freedom Plus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |
| 15206535 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 18 2025 02:19:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15187416 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 18 2025 02:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

Case 19-24923-CMB   Doc 59   Filed 04/19/25   Entered 04/20/25 00:27:22   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: pdf900 | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| | | | | USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15209897 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2025 02:22:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15195710 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2025 02:17:00 | PNC BANK, N.A., Bankruptcy Department, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 15177160 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2025 02:17:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15177157 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2025 02:17:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15177156 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2025 02:17:00 | PNC Bank, Po Box 8703, Dayton, OH 45401 |
| 15200083 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2025 02:17:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15177159 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2025 02:17:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 15177161 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2025 02:17:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15505094 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2025 02:22:52 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15177162 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 18 2025 02:24:05 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15177163 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 18 2025 02:23:43 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15210609 | ^ | MEBN | Apr 18 2025 02:05:17 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15177164 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 18 2025 02:22:30 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15178028 | ^ | MEBN | Apr 18 2025 02:05:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15177165 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 18 2025 02:34:42 | Synchrony Bank/BP, Po Box 965024, Orlando, FL 32896-5024 |
| 15177167 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 18 2025 02:18:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15177166 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 18 2025 02:18:00 | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 15190582 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 18 2025 02:17:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15208409 | | Email/PDF: ebn_ais@aisinfo.com | Apr 18 2025 02:22:46 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15177168 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 18 2025 02:34:50 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 15208227 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 18 2025 02:22:53 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15177169 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 18 2025 02:24:10 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 37

# BYPASSED RECIPIENTS

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: pdf900 | Total Noticed: 38 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Mortgage, A Division Of Pnc Bank, National Ass |
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15177149 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15177151 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15188193 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15177158 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2025                        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor PNC Mortgage  A Division Of Pnc Bank, National Association brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Christopher M. Frye | on behalf of Debtor Richard J. Palagallo chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor PNC Bank  N.A. dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor PNC Mortgage  A Division Of Pnc Bank, National Association pawb@fedphe.com |

TOTAL: 8